IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHERRYL OLIVER,                )<br>                                               )<br>       Plaintiff,                       )<br>                                               )<br>    v.                                    )<br>                                               )<br>DOTHAN CITY BOARD OF  )<br>EDUCATION                       )<br>                                               )<br>       Defendant.                  ) | CASE NO. 1:16-CV-677-WKW<br>              (WO) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is the ORDER, JUDGMENT and DECREE that judgment is ENTERED in favor of Defendant Dothan City Board of Education on the federal-law claim and that Plaintiff Cherryl Oliver's state-law claim is DISMISSED without prejudice pursuant to 28 U.S.C. 1367(c)(3).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE this 26th day of October, 2016.

                              /s/ W. Keith Watkins
                    CHIEF UNITED STATES DISTRICT JUDGE